IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TYREE C. SMITH, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:15-cv-2073-JPM-dkv |
| LAFAYETTE WILLIAMS/CHINGS HOT WINGS, MANAGER VENIECE BOBO, and MANAGER JOSHUA WILLIAMS, | ) |
|     Defendants. | ) |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION:
ORDER GRANTING DEFENDANTS BOBO AND WILLIAMS'S MOTIONS TO DISMISS
AND DENYING DEFENDANT WILLIAMS/CHINGS HOT WINGS'S
MOTION TO DISMISS**

Before the Court is the Report and Recommendation of Magistrate Judge DIANE K. VESCOVO (the "Report and Recommendation"), filed September 28, 2015 (ECF No. 21), recommending that the Court grant Defendants Veniece Bobo and Joshua Williams's Motions to Dismiss (ECF Nos. 11, 12) and deny Defendant Lafayette Williams/Chings Hot Wings's Motion to Dismiss (ECF No. 10). All three motions to dismiss were filed on June 16, 2015.[1] No objections to the Report and

---

[1] The motions were included in the defendants' answers and were docketed as answers.

Recommendation have been filed, and the time for filing objections has expired. (See ECF No. 21 at 9.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Defendants Veniece Bobo and Joshua Williams's Motions to Dismiss, and DENIES Defendant Lafayette Williams/Chings Hot Wings's Motion to Dismiss.

**IT IS SO ORDERED,** this 26th day of October, 2015.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE